ROBERT D. EASSA (SBN: 107970)
PAUL R. JOHNSON (SBN: 115817)
MADELYN G. JORDAN-DAVIS (SBN: 181771)
FILICE BROWN EASSA & McLEOD LLP
1999 Harrison Street, 18th Floor
Oakland, CA 94612
Tel: (510) 444-3131
Fax: (510) 839-7940

Attorneys for Plaintiff
LONGS DRUG STORES CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, INC.<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY; DOES 1 through 50, inclusive<br><br>Defendants. | No. C 03-01746 JSW<br><br>**REQUEST OF PLAINTIFF LONGS DRUG STORES CALIFORNIA, INC., FOR ORDER; [PROPOSED] ORDER PERMITTING WITHDRAWAL ONLY AS TO ATTORNEY MALCOLM D. DONALDSON**<br><br>Before the Honorable Jeffrey S. White |

Plaintiff Longs Drug Stores California, Inc. (Longs) seeks to update the Clerk's record of the attorneys representing Longs in this action. Malcolm D. Donaldson is listed as one of the attorneys for Longs (and has continued to receive service of various papers in this action), but he no longer represents Longs in this action.

At no time has Mr. Donaldson appeared in this Court on behalf of Longs in this case. Prior to the removal of the case to this Court, Mr. Donaldson signed the original complaint filed in state court.

Mr. Donaldson was formerly with Filice Brown Eassa & McLeod LLP, but he is now with Lewis Brisbois Bisgaard & Smith LLP, One Sansome Street, Suite 1400, San Francisco, CA 94104-4448, (415) 262-8547, (415) 434-0882 (fax), donaldson@lbbslaw.com.

Accordingly, Longs respectfully requests that the Court issue an order permitting withdrawal only as to attorney Malcolm D. Donaldson. Alternatively, Longs respectfully requests

-1-

1 | that the Court remove Mr. Donaldson's name as counsel for Longs in this case by such other means
2 | as the Court may deem appropriate.

As reflected in the Clerk's records, Longs **continues** to be represented by:

Robert D. Eassa
Filice Brown Eassa & McLeod LLP
1999 Harrison Street
18th Floor
Oakland, CA 94612
510-444-3131
510-839-7940 (fax)
**robert.eassa.service@filicebrown.com**   (*Longs respectfully requests that the Clerk add this e-mail address to the case records.*)

and

Paul R. Johnson
Filice Brown Eassa & McLeod LLP
1999 Harrison Street
18th Floor
Oakland, CA 94612
510-444-3131
510-839-7940 (fax)
paul.johnson.service@filicebrown.com

Respectfully,

DATED: June 22, 2005

FILICE BROWN EASSA & McLEOD LLP

By: _____
ROBERT D. EASSA
PAUL R. JOHNSON
MADELYN G. JORDAN-DAVIS
Attorneys for Plaintiff
LONGS DRUG STORES CALIFORNIA, INC.

I concur.

I respectfully join in the request to remove my name as counsel for Longs in this case.

DATED: June 15, 2005

_____
MALCOLM D. DONALDSON

-2-

REQUEST FOR ORDER PERMITTING WITHDRAWAL AS TO ATTORNEY MALCOLM D. DONALDSON
No. C 03-01746 JSW

Longs Drug Stores California, Inc., acknowledges receipt of the foregoing as notice and hereby consents to the request for an order permitting withdrawal only as to attorney Malcolm D. Donaldson.

DATED: June 15, 2005

LONGS DRUG STORES CALIFORNIA, INC.

By: /Ka Hughes/
KRISTIN ASHURST HUGHES
CORPORATE COUNSEL

## ORDER

Good cause appearing, IT IS ORDERED THAT attorney Malcolm D. Donaldson only is permitted to withdraw from this case as counsel for plaintiff Longs Drug Stores California, Inc. The Clerk's records shall be updated to reflect that Mr. Donaldson is no longer counsel in this case.

DATED: June 23, 2005

/s/ Jeffrey S. White
THE HONORABLE JEFFREY S. WHITE
United States District Judge