C:\Documents and Settings\prj\Local Settings\Temporary Internet Files\OLKD\Stip order re supp filings (04009637).DOC

Ronald F. Remmel (State Bar No. 87628)
Melissa A. Dubbs (State Bar No. 163650)
NEWTON REMMEL
1451 Grant Road, P.O. Box 1059
Mountain View, CA 94042
Telephone: (650) 903-0500
Facsimile: (650) 967-5800

Email: rremmel@newtonremmel.com
mdubbs@newtonremmel.com

Attorneys for Defendant
FEDERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LONGS DRUG STORES CALIFORNIA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FEDERAL INSURANCE COMPANY, and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: C03-01746 JSW ARB <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING FOR A RESPONSE TO LONGS DRUG STORES' REQUEST FOR SANCTIONS** <br><br> Hearing Date: August 5, 2005 <br> Time: 9:00 a.m. <br> Courtroom: 2 |

In its order of January 21, 2005, the Court set a hearing on May 6, 2005, at 9:00 a.m. on the damages portion of the cross-motion of plaintiff LONGS DRUG STORES CALIFORNIA, INC. ("Longs") for summary judgment. The Court ordered that defendant FEDERAL INSURANCE COMPANY ("Federal") file its opposition brief and supporting papers no later than March 18, 2005 and that Longs file any reply brief and supporting papers no later than April 8, 2005.

STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING FOR A RESPONSE TO
LONGS DRUG STORES' REQUEST FOR SANCTIONS - 1 -

C:\Documents and Settings\prj\Local Settings\Temporary Internet Files\OLKD\Stip order re supp filings (04009637).DOC

1. Pursuant to the parties' stipulation filed on March 4, 2005, the hearing on the damages portion of the cross-motion for summary judgment by plaintiff Longs was continued from May 6, 2005 to August 5, 2005. The Court further ordered that Federal file its opposition brief and supporting papers no later than April 1, 2005 and Longs file its reply brief and supporting papers no later than May 6, 2005.

In its reply brief and supporting papers filed on May 6, 2005, Longs has requested sanctions against Federal. Federal believes that this request for sanctions raises a new issue and requests the opportunity to address plaintiff's arguments concerning its request for sanctions. Federal agrees that it will limit any response to no more than five (5) pages of points and authorities, excluding any supporting documents and will file its response no later than July 15, 2005. Longs' does not oppose this request but, if the Court agrees, Longs requests an opportunity to respond to any argument presented by Federal. In the event that Longs responds to Federal's arguments, such response will be filed no later than July 22, 2005 and will be limited to five (5) pages of points and authorities, excluding any supporting documents.

IT IS STIPULATED by and between the parties through their respective attorneys of record that there is good cause for the Court to permit responses on the issue of whether sanctions should be imposed upon Federal, that Federal will file its response and supporting papers no later than July 15, 2005, that Longs shall file any response no later than July 22, 2005, and that the parties will be limited to five (5) pages of points and authorities, excluding any supporting documents.

Respectfully submitted,

Dated: July 7, 2005        FILICE BROWN EASSA & McLEOD, LLP

By: _____
Robert D. Eassa
Paul R. Johnson
Attorneys for Plaintiff LONGS DRUG
STORES CALIFORNIA, INC.

STIPULATION AND [PROPOSED] ORDER ALLOWING FOR A RESPONSE TO
LONGS DRUG STORES' REQUEST FOR SANCTIONS - 2 -

G:\docs\p2741\04009637.DOC

Dated: July 7, 2005           NEWTON REMMEL

By: /s/ Melissa A. Dubbs
Ronald F. Remmel
Melissa A. Dubbs
Attorneys for Defendant FEDERAL INSURANCE COMPANY

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that with respect to Longs' request for sanctions as argued in its reply brief:

1. Federal shall file a response and supporting papers no later than July 15, 2005;
2. Longs shall file any response no later than July 22, 2005; and
3. Both parties will be limited to no more than five (5) pages of points and authorities, excluding any supporting documents.

Dated: July 8, 2005           /s/ Jeffrey S. White
The Honorable Jeffrey S. White
United States District Judge

STIPULATION AND [PROPOSED] ORDER ALLOWING FOR A RESPONSE TO
LONGS DRUG STORES' REQUEST FOR SANCTIONS - 3 -