IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONGS DRUG STORES CALIFORNIA, INC.,

    Plaintiff,

v.

FEDERAL INSURANCE CO.; DOES 1 through 50,

    Defendants.

No. C 03-01746 JSW

**ORDER VACATING HEARING DATE**

The damages portion of Plaintiff's motion for summary judgment in the above captioned matter and Plaintiff's request for sanctions are currently set for hearing on Friday, August 5, 2005 at 9:00 a.m. These matters are now fully briefed and ripe for decision. The Court finds that these matters are appropriate for disposition without oral argument and these matters are deemed submitted. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for August 5, 2005 is VACATED.

**IT IS SO ORDERED.**

Dated: August 3, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE