**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LONGS DRUG STORES CALIFORNIA, INC.,

        Plaintiff,

    v.

FEDERAL INSURANCE CO.; DOES 1 through 50,

        Defendants.

_____/

No. C 03-01746 JSW

**JUDGMENT**

Pursuant to the Court's order granting the motion for summary judgment filed by Plaintiff Longs Drug Stores California, Inc. ("Longs") and denying the motion for summary judgment filed by Defendant Federal Insurance Company ("Federal"), judgment is hereby entered in favor of the Longs and against Federal in the amount of $2,909,361.36.  To the extent Longs has already collected any portion of the attorneys' fees and costs awarded by the trial court in the underlying *Palacio* Action, Federal is entitled to deduct such amount from the $2,909,361.36.

    **IT IS SO ORDERED.**

Dated: August 5, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE